## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| In re Amanda Gayle Smith | Case No. 22-40882-DRD |
| | Chapter 13 |
| Debtor. | |

### OBJECTION TO TRUSTEE'S MOTION TO DISMISS

Amanda Gayle Smith ("Debtor"), through her counsel, Michael J. Watton and the Watton Law Group ("Counsel"), hereby responds to the Chapter 13 Trustee's Motion to Dismiss.

Debtor became delinquent in plan payments due to unforeseen expenses.

Debtor will file a motion to suspend the arrears concurrent with this response.

WHEREFORE, Debtor respectfully requests that the Court deny the Motion to Dismiss.

Date: May 3, 2023

    Respectfully submitted,
    WATTON LAW GROUP

    /s/ Robert K.S. Abernathy
    Michael J. Watton; #64316
    Robert K.S. Abernathy; #69931
    Watton Law Group
    1201 Walnut Street, Suite 435
    Kansas City, MO 64106
    Tel: (816) 702-6800
    Fax: (816) 702-6787
    Email: wlgkc@wattongroup.com
    Attorney for the Debtor

## Certificate of Service

The undersigned hereby certifies that a true and correct copy of the foregoing Objection to Trustee Motion to Dismiss was served upon the parties notified by the US Bankruptcy Court's electronic notification on this 3 May 2023.


/s/ Sarita Jackson
Sarita Jackson, Paralegal