# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

In re:  AMANDA GAYLE SMITH

Case No.:  22-40882-drd-13

**Debtor**

## TRUSTEE'S OBJECTION TO MOTION TO SUSPEND PLAN PAYMENTS

COMES NOW Richard V. Fink, Chapter 13 Trustee, and files this objection to the Motion to Suspend Plan Payments (ECF Doc. #47) filed on May 03, 2023 and in support thereof states:

1. The plan runs 71 months based on currently available information. Based on the trustee's analysis, the reason(s) the plan runs long include:

   - Unscheduled proofs of claims have been filed.

   - Default in plan payments.

WHEREFORE, the Chapter 13 Trustee files this objection to the Motion to Suspend Plan Payments and requests a hearing be held on the matter.

May 04, 2023

Respectfully submitted,

/s/ Richard V. Fink, Trustee

Richard V. Fink, Trustee
2345 Grand Blvd., Ste. 1200
Kansas City, MO 64108-2663
(816) 842-1031

**NOTICE OF SERVICE**

The following parties will be served either electronically or by United States First Class Mail and a certificate of service will be filed thereafter:

DEBTOR(S)
WATTON LAW GROUP (595541) - ATTORNEY FOR DEBTOR(S)

/s/ Richard V. Fink, Trustee

RI      /Objection - Motion to Suspend Plan Payment