**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| In re Amanda Gayle Smith | Case No. 22-40882-DRD |
| Debtor. | Chapter 13 |

**AMENDED CHAPTER 13 PLAN- STATEMENT OF PLAN PAYMENT CHANGE ONLY**

Amanda Gayle Smith ("Debtor") through her counsel, Michael J. Watton and the Watton Law Group, hereby requests that this Court allow her to increase her plan payments by $150.00 making them $2,190.00 per month.

Date: June 9, 2023

        Respectfully submitted,
        WATTON LAW GROUP

        /s/ Robert K.S. Abernathy
        Michael J. Watton; #64316
        Robert K.S. Abernathy;#69931
        Watton Law Group
        1201 Walnut Street, Suite 435
        Kansas City, MO 64106
        Tel: (816) 702-6800
        Fax: (816) 702-6787
        Email: wlgkc@wattongroup.com
        Attorney for the Debtor

## Certificate of Service

The undersigned hereby certifies that a true and correct copy of the foregoing Amended Chapter 13 Plan- Statement Of Plan Payment Change Only was served upon the parties notified by the US Bankruptcy Court's electronic notification on June 9, 2023.


/s/ Sarita Jackson
Sarita Jackson, Paralegal