500 (2/19)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**

F I L E D

7/17/23

Clerk, U.S. Bankruptcy Court
Western District of Missouri

In Re: Amanda Gayle Smith
Debtor

Case No.: 22–40882–drd13

Chapter: 13

**ORDER OF DISMISSAL**
**WITHOUT PREJUDICE**

    On the motion of the Trustee and for good cause shown, it is hereby ORDERED that this case be dismissed without prejudice.

    If the debtor owed filing fees at the time of dismissal, those fees are immediately due and payable. If filing fees remain unpaid and the debtor files a new case, an application to pay the filing fee in installments in the new case shall be denied.

    So ORDERED on 7/17/23 .

/s/ Dennis R. Dow
_____
UNITED STATES BANKRUPTCY JUDGE